**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant, MIGUEL LOPEZ ALCALA

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL LOPEZ ALCALA,<br><br>Defendants. | Case No: **1:19-cr-00025–DAD-BAM**<br><br>**REQUEST FOR WAIVER OF DEFENDANT'S APPEARANCE AND ORDER** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY

OFFICE and/or ITS REPRESENTATIVES:

Defendant, MIGUEL LOPEZ ALCALA, by and through his attorney MARK W. COLEMAN, of NUTTALL COLEMAN & DRANDELL, hereby applies to this court for an Order waiving his appearance on every occasion that the Court may permit, pursuant to this waiver.

Mr. Alcala agrees that his interests shall be represented at all times by the presence of his attorney of record the same as if Defendant was present, and requests that this court allow his attorneys to represent his interest at all times. Defendant further agrees that notice to his counsel that his presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place. Mr. Alcala has been in continued contact with his attorney, and gives his attorney full power to act on his behalf.

The reason for this request is that Defendant resides in Maywood, California, and it would be difficult for Defendant to make the trip for financial reasons.

This request was made orally at the February 15, 2019 hearing and was granted at that time, however the court requested that a written request also be filed. The government does not oppose the request.

DATED: March 26, 2019.

    /S/ Miguel Lopez Alcala
MIGUEL LOPEZ ALCALA

DATED: March 26, 2019.    NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant

## ORDER

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: **March 27, 2019**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE