| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | YULIANA GAYTAN-IGNACIO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00025-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MIGUEL LOPEZ ALCALA, YULIANA GAYTAN-IGNACIO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for September 23, 2019 at 1:00 p.m. be continued to **November 18, 2019 at 1:00 p.m.**

Counsel for Ms. Gaytan-Ignacio anticipates being in trial on September 23, 2019 and will be in trial for the weeks preceding that date, beginning on September 9, 2019. The government has recently extended an offer to both defendants, and the parties will need additional time to review and consider the government's offer. Counsel for Ms. Gaytan-Ignacio will need to travel to Southern California in order to review the offer with Ms. Gaytan-Ignacio in person, in the Spanish language, and will not have an opportunity to do so before September 23, 2019 due to counsel's trial schedule. The parties will also need additional time to evaluate the need for pretrial motions and to meet and confer as to a motion schedule should the defendants choose not to accept the government's offer.

Based on the foregoing the parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  September 13, 2019        */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 13, 2019        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

DATED: September 13, 2019        */s/ Mark Coleman*
MARK COLEMAN
Attorney for Defendant
MIGUEL LOPEZ ALCALA

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for September 23, 2019 at 1:00 p.m. is hereby continued to **November 12, 2019 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time period between September 23, 2019 and November 18, 2019 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 16, 2019**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE