HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00025-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MIGUEL LOPEZ ALCALA, YULIANA GAYTAN-IGNACIO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, that the status conference scheduled for November 12, 2019 at 1:00 p.m. be

continued to **December 9, 2019 at 1:00 p.m.**

The government has recently extended an offer to both defendants which has led to

further plea negotiations and the need for a further exchange of information between the parties.

The parties will need additional time resolve the case or, alternatively, determine a motion

schedule to propose to the Court. Once a revised formal plea offer is finalized, Counsel for Ms.

Gaytan-Ignacio will need to travel to Southern California in order to review the offer with Ms.

Gaytan-Ignacio in person, in the Spanish language, and will not have an opportunity to do so

before November 22, 2019, at the earliest, due to counsel's hearing schedule in Sacramento and

Fresno.

Based on the foregoing the parties agree that the ends of justice are served by resetting

1  the status conference date outweigh the best interest of the public and the defendant in a speedy

2  trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

3  (B)(iv).

4

5                                                    Respectfully submitted,

6                                                    MCGREGOR SCOTT
                                                     United States Attorney
7

8  DATED:  November 7, 2019                          */s/ Stephanie Stokman*
                                                     STEPHANIE STOKMAN
9                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
10

11                                                   HEATHER E. WILLIAMS
                                                     Federal Defender
12

13 DATED: November 7, 2019                           */s/ Megan T. Hopkins*
                                                     MEGAN T. HOPKINS
14                                                   Assistant Federal Defender
                                                     Attorneys for Defendant
15                                                   YULIANA GAYTAN-IGNACIO

16
   DATED: November 7, 2019                           */s/ Mark Coleman*
17                                                   MARK COLEMAN
                                                     Attorney for Defendant
18                                                   MIGUEL LOPEZ ALCALA

19

20

21

22

23

24

25

26

27

28

# O R D E R

IT IS SO ORDERED that the 2nd status conference currently scheduled for November 12, 2019 at 1:00 p.m. is hereby continued to **December 9, 2019 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period between November 12, 2019 and December 9, 2019 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 7, 2019**            /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE