HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00025-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MIGUEL LOPEZ ALCALA, YULIANA GAYTAN-IGNACIO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for March 23, 2020 at 1:00 p.m. be continued to **May 11, 2020 at 1:00 p.m.**

Counsel for Ms. Gaytan-Ignacio will be outside of the country from March 20-28, 2020 conducting an investigation in an unrelated case. Additionally, the parties are actively engaged in plea negotiations and exchanging information in order to advance negotiations and ensure all parties have complete information to consider in reaching an agreement. The parties will need additional time resolve the case or, alternatively, determine a motion schedule to propose to the Court. Once a revised formal plea offer is finalized, Counsel for Ms. Gaytan-Ignacio will need time to travel to Southern California in order to review the offer with Ms. Gaytan-Ignacio in person, in the Spanish language.

Based on the foregoing, the parties agree that the ends of justice are served by resetting

the status conference date outweigh the best interest of the public and the defendant in a speedy

trial.  Therefore the parties agree that time up to an including May 11, 2020, is excludable

pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).



Respectfully submitted,

MCGREGOR SCOTT
United States Attorney


DATED:  March 6, 2020                    */s/ Stephanie Stokman*
                                          STEPHANIE STOKMAN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender


DATED: March 6, 2020                     */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          YULIANA GAYTAN-IGNACIO


DATED: March 6, 2020                     */s/ Mark Coleman*
                                          MARK COLEMAN
                                          Attorney for Defendant
                                          MIGUEL LOPEZ ALCALA

# O R D E R

IT IS SO ORDERED that the 3rd Status Conference currently scheduled for March 23, 2020 at 1:00 p.m. is hereby continued to **May 11, 2020 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period between March 23, 2020 and May 11, 2020 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**March 9, 2020**__                    ___/s/ *Barbara A. McAuliffe*___
                                                UNITED STATES MAGISTRATE JUDGE