1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  YULIANA GAYTAN-IGNACIO

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.  1:19-cr-00025-DAD-BAM
12 |           Plaintiff,             | STIPULATION TO CONTINUE STATUS
                                      | CONFERENCE; ORDER
13 | vs.                              |
14 | MIGUEL LOPEZ ALCALA,             | DATE: September 28, 2020
   | YULIANA GAYTAN-IGNACIO,          | TIME:  1:00 p.m.
15 |                                  | JUDGE: Hon. Barbara A. McAuliffe
   |           Defendants.            |
16

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective counsel, that the status conference scheduled for May 11, 2020 at 1:00 p.m. be

20 continued to **September 28, 2020 at 1:00 p.m.**

21        On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in

22 the Eastern District of California scheduled to commence before June 15, 2020, and allows

23 district judges to continue all criminal matters to a date after June 1. This and previous General

24 Orders were entered to address public health concerns related to COVID-19.  At the Court's

25 direction, the parties met and conferred regarding the status of defense counsel's discovery

26 review, investigation, and preparedness for trial.  The parties agree that additional time is

27 necessary for defense preparation, investigation, and pre-plea negotiations, and the proposed date

28 of September 28, 2020 will allow sufficient time for the parties to engage in the tasks set forth

1  above notwithstanding any delays caused by the public health crisis.

2      To date, the government has provided discovery in the form of investigative reports, bodycam footage, and other video or audio files.  Defense counsel continues to communicate with the government regarding additional specific discovery requests.  Additionally, the parties are actively engaged in plea negotiations and exchanging information in order to advance negotiations and ensure all parties have complete information to consider in reaching an agreement.  The parties will need additional time resolve the case or, alternatively, determine a motion schedule to propose to the Court.  Once a revised formal plea offer is finalized, counsel for Ms. Gaytan-Ignacio will need time to travel to Southern California in order to review the offer with Ms. Gaytan-Ignacio in person, in the Spanish language.  At this time, travel is delayed as a result of the public health crisis and counsel for Ms. Gaytan-Ignacio does not anticipate being able to meet with her client in person until at least July, 2020, or sometimes thereafter.

//
//
//

Based on the foregoing, the parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time up to an including September 28, 2020, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  May 5, 2020     */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 5, 2020     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

DATED: May 5, 2020     */s/ Mark Coleman*
MARK COLEMAN
Attorney for Defendant
MIGUEL LOPEZ ALCALA

ALCALA/GAYTAN-IGNACIO: Stipulation and         -3-
Order to Continue Status Conference

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for May 11, 2020 at 1:00 p.m. is hereby continued to **September 28, 2020 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time period between May 11, 2020 and September 28, 2020, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 5, 2020**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE