HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00025-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MIGUEL LOPEZ ALCALA, YULIANA GAYTAN-IGNACIO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for December 9, 2020 at 1:00 p.m. be continued to **March 10, 2021 at 1:00 p.m.**

At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial in light of ongoing health concerns and investigative constraints due to the COVID19 pandemic. The parties agree that additional time is necessary for defense preparation, investigation, and pre-plea negotiations, and the proposed date of March 10, 2021 will allow sufficient time for the parties to engage in the tasks set forth above notwithstanding any delays caused by the public health crisis.

To date, the government has provided discovery in the form of investigative reports, bodycam footage, and other video or audio files. Defense counsel continues to communicate with the government regarding additional specific discovery requests. Additionally, the parties

1  are actively engaged in plea negotiations and exchanging information in order to advance
2  negotiations and ensure all parties have complete information to consider in reaching an
3  agreement.  The parties will need additional time resolve the case or, alternatively, determine a
4  motion schedule to propose to the Court.
5      Once a revised formal plea offer is finalized, counsel for Ms. Gaytan-Ignacio will need
6  time to travel to Southern California in order to review the offer with Ms. Gaytan-Ignacio in
7  person, in the Spanish language.  At this time, travel is delayed as a result of the public health
8  crisis.  Given the recent surge in COVID-19 infection rates, counsel for Ms. Gaytan-Ignacio does
9  not anticipate being able to meet with her client in person until at least February, 2021, or
10 sometime thereafter.
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1  Based on the foregoing, the parties agree that the ends of justice are served by resetting
2  the status conference date outweigh the best interest of the public and the defendant in a speedy
3  trial.  Therefore the parties agree that time up to an including March 10, 2021, is excludable
4  pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  December 1, 2020          */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: December 1, 2020          */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

DATED: December 1, 2020          */s/ Mark Coleman*
MARK COLEMAN
Attorney for Defendant
MIGUEL LOPEZ ALCALA

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for December 9, 2020 at 1:00 p.m. is hereby continued to **March 10, 2021 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period between December 9, 2020, and March 10, 2021, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __December 1, 2020__     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE