(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2344 TULARE STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant, MIGUEL LOPEZ ALCALA

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL LOPEZ ALCALA, <br><br> Defendant. | Case No: **1:19-CR-00025-ADA-BAM** <br><br> **MOTION TO TERMINATE CJA APPOINTMENT OF MARK W. COLEMAN AS ATTORNEY OF RECORD AND ORDER** |

  On February 14, 2019, Defendant MIGUEL LOPEZ ALCALA was indicted on federal charges. CJA Panel Attorney Mark W. Coleman was appointed as trial counsel to represent Mr. Mar in his criminal case. Mr. Alcala was sentenced pursuant to a plea agreement on October 17, 2022. The time for filing a direct appeal was October 31, 2022. No direct appeal was filed. Mr. Alcala was in custody at sentencing. The trial phase of Mr. Alcala's criminal case has, therefore, come to an end. Having completed his representation of Mr. Alcala, CJA attorney Mark W. Coleman now moves to terminate his appointment under the Criminal Justice Act.

  Should Mr. Alcala require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

///

1

DATED: April 24, 2023.            Respectfully submitted,

                                            LAW OFFICE OF MARK W. COLEMAN

                                            /s/ Mark W. Coleman

                                            MARK W. COLEMAN
                                            Attorney for Defendant,
                                            MIGUEL LOPEZ ALCALA

**ORDER**

Having reviewed the notice and found that attorney Mark W. Coleman has completed the services for which he was appointed, the Court hereby grants attorney Coleman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Miguel Lopez Alcala at the following address and to update the docket to reflect Defendant's pro se status and contact information.

MIGUEL LOPEZ ALCALA
Register Number 78022-097
FMC FORT WORTH
FEDERAL MEDICAL CENTER
P.O. BOX 15330
FORT WORTH, TX  76119


IT IS SO ORDERED.

   Dated:  April 25, 2023            _____
                                                   UNITED STATES DISTRICT JUDGE